*New York*
One Grand Central Place
60 East 42nd St., 46th Floor
New York, NY 10165
p. (646) 459-7971
f. (646) 459-7973

*New Jersey*
375 Passaic Ave., Ste. 100
Fairfield, NJ 07004
p. (973) 227-5900
f. (973) 244-0019

**Jones, Wolf & Kapasi LLC**
ATTORNEYS AT LAW

Joseph K. Jones, Esq.[††]
Benjamin J. Wolf, Esq.[††]
Anand A. Kapasi, Esq.[†]

[††]Admitted NY, NJ, CT
[†]Admitted NY, NJ

www.legaljones.com

Reply to: New York

ELECTRONICALLY FILED

November 29, 2018

Hon. I. Leo Glaser, USDJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    **Barrios v Enhanced Recovery Company, LLC**
             **1:15-cv-05291 (ILG)(CLP)**

Your Honor:

    I write on behalf of Plaintiff to address the Court's November 13, 2018 Order to Show Cause regarding the remaining "John Doe Defendants". [ECF No. 66].

    In light of the Court's November 13, 2018 Memorandum and Order [ECF No. 66] granting Defendant Enhanced Recovery Company, LLC's motion for summary judgment pursuant to Fed. R. Civ. P. 56, Plaintiff does not oppose the Court's Order to Show Cause. [ECF No. 66, pp. 10-11]

    Thank you for your special attention to this matter. Should you have any further questions regarding this matter, please do not hesitate to contact me.

                                 Respectfully submitted,

                                 */s/ Benjamin J. Wolf*
                                 Benjamin J. Wolf

cc: Scott S. Gallagher, Esq. (*via* ECF).