UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JENNIFER BARRIOS, on behalf of herself
and all others similarly situated,

                Plaintiff,                          MEMORANDUM AND ORDER
                                                      15-CV-5291

   - against -


ENHANCED RECOVERY COMPANY, LLC
and JOHN DOES 1-25,

                Defendants.
-----------------------------------------------------------x
GLASSER, Senior United States District Judge:

       Reference is made to this Court's order of November 13, 2018, directing Plaintiff to show cause why summary judgment should not be entered as to the claims against the defendants named herein as John Does 1 through 25 (the "John Doe Defendants"). (ECF No. 66). Plaintiff having made no opposition to the order to show cause (ECF No. 67), IT IS ORDERED that summary judgment is granted in favor of the John Doe Defendants as to all claims.

       SO ORDERED.

Dated:       Brooklyn, New York
               November 30, 2018

                                                /s_____
                                                I. Leo Glasser                              U.S.D.J.